THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Clarence A.
 Harrison, II, Appellant.
 
 
 

Appeal From Abbeville County
 Roger L. Couch, Circuit Court Judge
Unpublished Opinion No. 2009-UP-079
Submitted February 2, 2009  Filed
 February 11, 2009  
AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Senior Assistant Attorney General Harold M. Coombs, Jr., all of Columbia;
 and Solicitor Jerry W. Peace, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  Clarence A.
 Harrison, II appeals his convictions for attempted armed robbery, assault and
 battery with intent to kill, and possession of a firearm or knife during the commission
 of a violent crime.  Harrison argues the trial court erred in not granting a
 mistrial and improperly charging the jury with the law of assault and battery
 of a high and aggravated nature.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: State v. Stanley, 365 S.C. 24, 33, 615 S.E.2d 455, 460 (Ct. App. 2005) (finding the decision to grant a mistrial is in the sound
 discretion of the trial court and will not be overturned on appeal absent an
 abuse of discretion amounting to an error of law); State v. Kinard,
 373 S.C. 500, 503, 646 S.E.2d 168, 169 (Ct. App. 2007) ("An appellate
 court will not reverse the trial judge's decision regarding jury charges absent
 an abuse of discretion.").  
AFFIRMED.
Huff, Williams,
 and Konduros, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.